# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Alecia Winters,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Lincoln Property Company dba Lincoln Apartment Management Limited Partnership; Lincoln BP Management, Inc.; Dan M. Jacks; Kristie Foushee; John Does 1-10,<br><br>　　　　Defendants. | No. CV15-0033-PHX DGC<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 17),

**IT IS ORDERED** that the stipulation of dismissal (Doc. 17) is **granted.** This action is dismissed with prejudice, each party to bear their own costs.

Dated this 1st day of May, 2015.

_____
David G. Campbell
United States District Judge

ORDER OF DISMISSAL